# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**BROADCAST MUSIC, INC. *et al.*,**   Case No.   1:12-CV-506

  Plaintiff,

  **Judge Timothy S. Black**

-vs-

**4737 DIXIE HIGHWAY, LLC, *et al.*,**

  Defendants.

_____

### JUDGMENT IN A CIVIL CASE
_____

**[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Default Judgment (Doc. 13) is **GRANTED**; Plaintiff is **AWARDED** statutory damages in the amount of $25,000; Plaintiff is **AWARDED** attorney's fees in the amount of $3,337.32, with interest on the full amount of this Order from the date of Judgment until paid pursuant to 28 U.S.C. § 1961; Defendants are **ENJOINED** and **RESTRAINED** from further infringements; and the case is **TERMINATED** from the docket of the Court.

Date: October 9, 2012                              **JOHN P. HEHMAN, CLERK**

                                    By: *s/ M. Rogers*
                                    Deputy Clerk